UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID KISSI,

           Plaintiff,

      v.

BOAHEMAA TAWIAH SARKODIE, *et al.*,

           Defendants.

Civil Action No. 23-22852 (MAS) (RLS)

**MEMORANDUM ORDER**

      On August 27, 2025, this Court filed an Order to Show Cause ("Order"), instructing Plaintiff to show cause within 14 days as to why the Amended Complaint should not be dismissed with prejudice for: (1) lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine and/or because Plaintiff's claims are barred by the doctrines of *res judicata*, collateral estoppel, or New Jersey's entire controversy doctrine; and (2) failure to effect proper service pursuant to Federal Rule of Civil Procedure (4)(c)(2). (Order, ECF No. 60.)

      The Court is in receipt of several items of correspondence filed by Plaintiff. (ECF Nos. 61, 62, 63, 64.) The first correspondence dated September 3, 2025, requests extra time to file an appeal. (ECF No. 61.) The second correspondence, titled "Affidavit in Support of Motion to Dismiss," is dated September 6, 2025, and repeats Plaintiff's allegations that the Undersigned has "shown bias and abused [Plaintiff's] due process."[1] (ECF No. 62; *see also* ECF No. 41 (moving to recuse the Undersigned from this case).) The third correspondence requests the Clerk of Court amend and

---

[1] The Court previously considered and denied Plaintiff's motion to recuse the Undersigned (*see* ECF No. 60) and noted that its conclusion was consistent with the findings of the Judicial Council of the Third Circuit, who dismissed Plaintiff's ethics complaint against the Undersigned as "frivolous and unsupported by [the] evidence" (*see* ECF No. 58).

dismiss the case. (ECF No. 63.) The fourth correspondence filed by Plaintiff asserts that he has "voluntarily dismissed" the case and filed a Notice of Appeal. (ECF. No. 64.)

None of these items of correspondence directly or meaningfully address the jurisdictional or service issues the Court ordered Plaintiff to respond to in its Order. In addition, it has been more than fourteen days since the Court issued its Order. (*See* Order.) Moreover, it appears from Plaintiff's correspondence that he would like to dismiss this case. (*See* ECF No. 63 (explaining Plaintiff's "request [that] the Clerk . . . amend and dismiss the . . . case"), *see also* ECF No. 64 (titled "Notice of Voluntary Dismissal").) Based on the foregoing, and for the reasons discussed more thoroughly in this Court's Order,

**IT IS**, on this  2nd  day of December 2025, **ORDERED** as follows:

1. Plaintiff's Amended Complaint (ECF No. 33) is **DISMISSED** with prejudice for lack of subject matter jurisdiction.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**